UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONEPAR DISTRIBUTION NEW ENGLAND, INC., D/B/A NORTHEAST ELECTRICAL DISTRIBUTORS,<br><br>      Plaintiff,<br><br>  v.<br><br>ONFORCE SOLAR INC. and CHARLES FEIT,<br><br>      Defendants,<br><br>And<br><br>JPMORGAN CHASE & CO.,<br><br>      Reach and Apply Defendant | Civil Action No. 16-cv-10072-IT |

ORDER

March 9, 2016

TALWANI, D.J.

      Before the court is Defendants' counsel's Joint Motion to Withdraw as Counsel on Behalf of Defendants [#19]. The court has not yet received any response from Defendant Charles Feit or Defendant OnForce Solar, Inc.

      Under Local Rule 83.5.5(a), an individual who is not represented by counsel may appear *pro se* and represent himself in the proceeding. Accordingly, if Defendant Charles Feit assents to the withdrawal, he may have successor counsel file a notice of appearance within 14 days of service of this order, or in the alternative, may appear *pro se* by providing the clerk and all parties with a mailing address at which service upon him can be made. If the court allows

counsel to withdraw over Feit's objection, he may file a notice of appearance or appear *pro se* within 14 days of service of the court's order allowing counsel's withdrawal.

Under Local Rule 83.5.5(c), a corporation or other entity that is not an individual may not appear *pro se*. Accordingly, if Defendant OnForce Solar, Inc. assents to the withdrawal, it shall: (1) have successor counsel file a notice of appearance within 14 days of service of this order; (2) request additional time to obtain successor counsel; or (3) advise the court that it does not intend to defend this action. If the court allows counsel to withdraw over OnForce Solar, Inc.'s objection, OnForce Solar, Inc. shall (1) have successor counsel file a notice of appearance within 14 days of service of the court's order allowing counsel's withdrawal; (2) request additional time to obtain successor counsel; or (3) advise the court that it does not intend to defend this action.

Accordingly, counsel shall serve on Defendants, by electronic mail and United States mail, a copy of the motion and this order, and shall file proof of such service with the court no later than March 11, 2016. Any objections to the withdrawal of counsel shall be filed within 14 days of service of this order.

IT IS SO ORDERED.

Date:  March 9, 2016                                                       /s/ Indira Talwani
                                                                                          United States District Judge